**No. 47054.**—Protest 78574–K of N. Y. Merchandise Co. (New York).

Opinion by DALLINGER, J.  In accordance with stipulation of counsel and on the authority of *Rice* v. *United States* (T. D. 49373) the claim at 40 percent under paragraph 339 was sustained.